```
             IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA
```

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 4:07CR3104 |
| v. ) | |
| ) | |
| LESAVIOR JORDAN, ) | |
| ) | MEMORANDUM AND ORDER |
| Defendant. ) | |
| ) | |

A hearing was held before me this date on allegations made in the second amended petition for action on conditions of pretrial release, filing 19. The defendant was present with counsel, and was advised of his rights. The defendant admitted the allegations in the petition. I therefore find that the allegations of violation of the order of release are true.

Regarding disposition, the government sought detention. Defendant submitted the matter without argument. I agree that detention is appropriate.

IT THEREFORE HEREBY IS ORDERED,

The previous order of release, filing 13, is revoked, and the defendant shall be detained in the custody of the United States Marshal until further order.

DATED October 12, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge