# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> LESAVIOR JORDAN, ) <br> ) <br> Defendant. ) <br> ) | 4:07CR3104 <br><br> MEMORANDUM AND ORDER |

A detention hearing was held, and during the course of the hearing, witnesses testified as to the factual basis of the pending Petition for Action on Conditions of Supervised Release.

Upon consideration of the evidence and arguments of counsel,

**IT IS ORDERED,**

1) The above-named defendant shall be detained until further order.

2) The court further finds there is probable cause to believe the believe that the an offense has been committed and the defendant committed it.

3) The hearing on the pending Petition for Action on Conditions of Supervised Release is set to be held before Judge Richard G. Kopf on January 26, 2011 at 12:30 p.m. in Courtroom 1, Federal Building, Lincoln, Nebraska. The defendant, his counsel , and counsel for the government shall be present at the hearing.

November 23, 2010                                    BY THE COURT:

                                                            *s/Cheryl R. Zwart*
                                                            United States Magistrate Judge